JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JEROLD M. GORSKI,**<br><br>             **Plaintiff,**<br><br>      vs.<br><br>**INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA,**<br><br>             **Defendant.** | Case No.: SACV 13-00594-CJC(JPRx)<br><br><br>**FINAL JUDGMENT** |

   This matter came before the Court on Defendant Internal Revenue Service of the United States of America's motion for summary judgment on the claims of Plaintiff Jerold M. Gorski. (Dkt. No. 32.) On September 8, 2014, the Court issued an Order granting the United States' motion. In accordance with the Court's September 8, 2014

-1-

1  Order, IT IS HEREBY ORDERED that that all relief is denied and judgment is entered in
2  favor of the United States and against Plaintiff.

5  DATED: September 8, 2014

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE