UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Jerold M. Gorski,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Internal Revenue Service of the United States of America,<br><br>　　　　Defendant. | Case No. SACV 13-00594-CJC (JPRX)<br><br>Amended Judgment |

1

1       Pursuant to the Memorandum issued by the Ninth Circuit in the case of *Jerold M. Gorski v. Internal Revenue Service*, ECF Document number 52:

**IT IS ORDERED** that Plaintiff's claims for negligence and accounting are dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's claim for refund for tax year 2009 is dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

DATED: November 16, 2016              _____
                                                              CORMAC J. CARNEY
                                                               United States District Judge